# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CYRSTAL MARIE DANIELS,<br><br>　　Plaintiff,<br>v.<br><br>UNIVERSITY HOSPITAL AUTHORITY and RANDY DOWELL, in his official capacity as Chief Executive Officer of University Hospitals Authority, *et al.*,<br><br>　　Defendants. | Case No.: CIV-22-625-R |

## ORDER

NOW before the Court is Defendants University Health Authority and Randy Dowell's Unopposed Motion to Strike Motion to Dismiss. [Doc. 33]. The Court being advised in the premises, FINDS and ORDERS that Defendants' Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Defendants University Health Authority and Randy Dowell's Motion to Dismiss [Doc. 32] be stricken from the docket.

IT IS FURTHER ORDERED that Defendants University Health Authority and Randy Dowell's shall file their finalized Motion to Dismiss on or before December 13, 2022.

IT IS SO ORDERED this 9th day of December 2022.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE