# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CRYSTAL MARIE DANIELS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. CIV-22-625-R |
| | ) | |
| **STATE OF OKLAHOMA, ex rel. THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA, UNIVERSITY HOSPITALS AUTHORITY & TRUST, UNIVERSITY OF OKLAHOMA HEALTH SCIENCES CENTER; DARRYL J. TILLER, in his individual and official capacities), Director of Clinical Pastoral Education, University of Oklahoma Medical Center; and OU MEDICINE, INC., an Oklahoma domestic not-for-profit corporation,** | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On December 1, 2022, the Board of Regents of the University of Oklahoma filed a Motion for Partial Dismissal. (Doc. No. 28). In response, Plaintiff conceded that the motion should be granted, and that Plaintiff's Ninth Claim for Relief in the First Amended Complaint should be dismissed. (Doc. No. 38). Accordingly, the Motion is hereby GRANTED.

**IT IS SO ORDERED** this 4th day of January 2023.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE