**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CRYSTAL MARIE DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-625-R |
| | ) | |
| THE BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY OF OKLAHOMA; | ) | |
| | ) | |
| DARRYL J. TILLER, (in his individual and | ) | |
| official capacities) Director of Clinical | ) | |
| Pastoral Education, University of Oklahoma | ) | |
| Medical Center; and | ) | |
| | ) | |
| OU MEDICINE, INC., an Oklahoma | ) | |
| domestic not-for-profit corporation, d/b/a | ) | |
| OU Health, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUBPOENAS DUCES TECUM

Please take notice that, pursuant to Rule 45 of the Federal Rules of Civil Procedure and LCvR 45.1, Defendant OU Medicine, Inc., d/b/a OU Health intends to issue and serve the following Subpoenas to Produce Documents attached hereto as Exhibit 1, on August 25, 2023:

1. Association for Clinical Pastoral Education
   One West Court Square, Suite 325
   Decatur, GA  30030

2. Baylor Scott & White Hospital
   301 North Washington Avenue
   Dallas, TX  75246

3. Tonya Forman
   315 E Carl Hubbell Blvd
   Meeker, OK 74855

4. Methodist Dallas Medical Center
   3500 W. Wheatland Road
   Dallas, TX  75237

5. Timothy O'Gwynn
   1029 NE 6th St. Apt. 830
   Oklahoma City, OK 73117

6. Texas Health Resources
   612 East Lamar Boulevard
   Arlington, TX  76011

Respectfully submitted,

_s/Courtney K. Warmington_
Courtney K. Warmington, OBA #18486
Emma J. Payne, OBA #32849
FULLER TUBB BICKFORD
WARMINGTON & PANACH, PLLC
201 Robert S. Kerr, Suite 1000
Oklahoma City, OK 73102
Telephone: (405) 235-2575
Fax: (405) 232-8384
cwarmington@fullertubb.com
emma.payne@fullertubb.com
ATTORNEYS FOR DEFENDANT OU
MEDICINE, INC., D/B/A OU HEALTH

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all registered attorneys, and that service was accomplished as follows:

Kwame T. Mumina, OBA #10415
Cynthia Rowe D'Antonio, OBA #19652
GREEN JOHNSON MUMINA &
D'ANTONIO
4101 Perimeter Center
4101 Perimeter Center Drive, Suite 110
Oklahoma City, OK  73112
Telephone: (405) 702-7228
Fax: (405) 702-6898
kmumina@gjmlawyers.com
cynthia@gjmlawyers.com
ATTORNEYS FOR PLAINTIFF

M. Daniel Weitman
Tina S. Ikpa
Office of Legal Counsel
University of Oklahoma
660 Parrington Oval, Evans Hall, Suite 213
Norman, OK  73019
Telephone: (405) 325-4124
Fax: (405) 325-7681
dan.weitman@ou.edu
tsikpa@ou.edu
ATTORNEYS FOR STATE OF
OKLAHOMA, *ex rel* THE BOARD OF
REGENTS OF THE UNIVERSITY OF
OKLAHOMA

Tom M. Cummings, OBA #2089
Tom Cummings Law Firm
701 NW 13th St.
Oklahoma City, OK  73103
Telephone: (405) 521-8900
Fax: (405) 604-9054
tomcummingslawfirm@gmail.com
ATTORNEY FOR DEFENDANT
DARRYL J. TILLER

*s/Courtney K. Warmington*
Courtney K. Warmington