IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| (1) | CRYSTAL MARIE DANIELS, | ) |
|  | Plaintiff, | ) ) ) |
| v. |  | ) ) |
| (1) | THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA; | ) Case No. CIV-22-625-R ) ) ) ) |
| (2) | DARRYL J. TILLER, (in his individual and Official capacities) Director of Clinical Pastoral Education, University of Oklahoma Medical Center; and | ) ) ) ) ) ) |
| (3) | OU MEDICINE, INC., an Oklahoma domestic) not-for-profit corporation, d/b/a OU Health, | ) ) ) ) ) |
|  | Defendants. | ) |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS AGAINST DEFENDANT DARRYL J. TILLER

TO: **Carmelita Reeder Shinn, Clerk**
**The United States District Court for**
**The Western District of Oklahoma**

Plaintiff, Crystal Marie Daniels, hereby respectfully requests that the Clerk of the Court enter a default as against Defendant, Darryl J. Tiller, pursuant to Fed. R. Civ. P. 55(a), for failing to plead or otherwise defend Plaintiff's Amended Complaint. In support, Plaintiff has attached the affidavit of Cynthia Rowe D'Antonio, attorney for Plaintiff in this action. [See Attached Plt. Exh. 1. ] Additionally, Plaintiff has attached proof of

1

compliance with the Servicemembers Civil Relief Act, pursuant to LCvR55.1, attesting that Defendant Darryl J. Tiller is not a member of the United States of America's military, through active duty or otherwise. [See Attached Plt. Exh. 2.]

Respectfully submitted,

*Cynthia Rowe D'Antonio*

Kwame T. Mumina, OBA#10415
Cynthia Rowe D'Antonio, OBA #19652
GREEN JOHNSON MUMINA & D'ANTONIO
4101 Perimeter Center Drive, Suite 110
Oklahoma City, Oklahoma 73112
Telephone: (405) 488-3800
Facsimile: (405) 488-3802
ATTORNEYS FOR PLAINTIFF
CRYSTAL M. DANIELS

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of August, 2023, I electronically transmitted the attached document, *Plaintiff's Motion for Entry of Default*, to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

M. Daniel Weitman, Esq.
Tina S. Ikpa, Esq.
University Of Oklahoma
Office of Legal Counsel
660 Parrington Oval, Rm. 213
Norman, OK 73019
dan.weitman@ou.edu
tsikpa@ou.edu
Attorneys For Board Of Regents

2

Tom M. Cummings, Esq.
Tom Cummings Law Firm
701 N.W. 13th Street
Oklahoma City, Oklahoma 73103
tomcummingslawfirm@gmail.com
Attorneys For Darryl J. Tiller


Courtney K. Warmington, Esq.
Emma J. Payne, Esq.
Fuller Tubb Bickford Warmington & Panach, PLLC
201 Robert S. Kerr, Ste. 1000
Oklahoma City, OK 73102
cwarmington@fullertubb.com
emma.payne@fullertubb.com
Attorneys For OU Medicine, Inc.


                                        /s/ Cynthia Rowe D'Antonio
                                        Cynthia Rowe D'Antonio