IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CRYSTAL MARIE DANIELS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. CIV-22-625-R |
| | ) |
| **STATE OF OKLAHOMA, ex rel. THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA, UNIVERSITY HOSPITALS AUTHORITY & TRUST, UNIVERSITY OF OKLAHOMA HEALTH SCIENCES CENTER; DARRYL J. TILLER, in his individual and official capacities), Director of Clinical Pastoral Education, University of Oklahoma Medical Center; and OU MEDICINE, INC., an Oklahoma domestic not-for-profit corporation,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Plaintiff is directed to respond to Defendant Darryl Tiller's Motion for Leave of Court to File Answer Out of Time [Doc. 59] within seven days of the date of this Order.

IT IS SO ORDERED this 1st day of September 2023.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE