IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CRYSTAL MARIE DANIELS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. CIV-22-625-R |
| | ) | |
| **STATE OF OKLAHOMA, ex rel. THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA, UNIVERSITY HOSPITALS AUTHORITY & TRUST, UNIVERSITY OF OKLAHOMA HEALTH SCIENCES CENTER; DARRYL J. TILLER, in his individual and official capacities), Director of Clinical Pastoral Education, University of Oklahoma Medical Center; and OU MEDICINE, INC., an Oklahoma domestic not-for-profit corporation,** | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

**ENTER ORDER:**

Plaintiff has filed a Motion for Entry of Default Against Defendant Darryl J. Tiller [Doc. No. 56]. In light of Defendant Darryl J. Tiller's Answer to Plaintiff's First Amended Complaint filed on September 8th, 2023 [Doc. No. 67], a Clerk's Entry of Default is not appropriate at this time. The Motion for Entry of Default is denied.

Entered at the direction of Judge David L. Russell.

By: s/Kira Murphey
Deputy Clerk