IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CRYSTAL MARIE DANIELS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**STATE OF OKLAHOMA, ex rel. THE** )<br>**BOARD OF REGENTS OF THE** )<br>**UNIVERSITY OF OKLAHOMA,** )<br>**UNIVERSITY HOSPITALS AUTHORITY** )<br>**& TRUST, UNIVERSITY OF OKLA-** )<br>**HOMA HEALTH SCIENCES CENTER;** )<br>**DARRYL J. TILLER, in his individual and** )<br>**official capacities), Director of Clinical** )<br>**Pastoral Education, University of Okla-** )<br>**homa Medical Center; and** )<br>**OU MEDICINE, INC., an Oklahoma** )<br>**domestic not-for-profit corporation,** )<br>)<br>**Defendants.** ) | No. CIV-22-625-R |

## ADMINISTRATIVE CLOSING ORDER

On the representations from counsel that the parties have reached a settlement and compromise, it is ordered that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within forty-five (45) days of this date for the purpose of dismissal pursuant to the settlement compromise, Plaintiff's action shall be deemed to be dismissed.

**IT IS SO ORDERED** this 13th day of November, 2023.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE