# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) | CRYSTAL MARIE DANIELS, | ) |
| | | ) |
| | **Plaintiff,** | ) |
| v. | | ) |
| | | ) |
| (1) | THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA; | ) Case No. CIV-22-625-R |
| | | ) |
| (2) | UNIVERSITY HOSPITALS AUTHORITY An agency of the State of Oklahoma, and RANDY DOWELL, in his official capacity As the Chief Executive Officer of University Hospitals Authority; | ) |
| | | ) |
| (3) | DARRYL J. TILLER, (in his individual and Official capacities) Director of Clinical Pastoral Education, University of Oklahoma Medical Center; and | ) |
| | | ) |
| (4) | OU MEDICINE, INC., an Oklahoma domestic) not-for-profit corporation, d/b/a OU Health, | ) |
| | | ) |
| | **Defendants.** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties[1] in this case, Plaintiff, Crystal Marie Daniels, and

Defendants, The Board Of Regents Of The University Of Oklahoma, Darryl J. Tiller, and

---

[1] Defendants University Hospital Authority and Randy Dowell were previously dismissed by Order of the Court (Doc. No. 51).

1

OU Medicine, Inc., and dismiss this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully submitted,

/s/ Kwame T. Mumina
Kwame T. Mumina, OBA# 10415
Cynthia Rowe D'Antonio, Esquire
Green Johnson Mumina & D'Antonio
4101 Perimeter Center Drive, Suite 110
Oklahoma City, Oklahoma 73112
Telephone: (405) 702-7228
Facsimile: (405) 702-7280
Email: kmumina@gjmlawyers.com
         cynthia@gjmlawyers.com
Attorneys For Plaintiff, Crystal Marie Daniels

/s/  M. Daniel Weitman
M. Daniel Weitman, OBA# 17412
Tina S. Ikpa, Esq.
University Of Oklahoma
Office of Legal Counsel
660 Parrington Oval, Rm. 213
Norman, OK  73019
dan.weitman@ou.edu
tsikpa@ou.edu
Attorneys For Board Of Regents of The University of Oklahoma

/s/  Tom M. Cummings
Tom M. Cummings, OBA# 2089
Tom Cummings Law Firm
701 N.W. 13th Street
Oklahoma City, Oklahoma 73103
tomcummingslawfirm@gmail.com
Attorneys For Darryl J. Tiller


/s/  Courtney K. Warmington,
Courtney K. Warmington, OBA# 18486
Emma J. Payne, Esq.
Fuller Tubb Bickford Warmington & Panach, PLLC
201 Robert S. Kerr, Ste. 1000
Oklahoma City, OK 73102
cwarmington@fullertubb.com
emma.payne@fullertubb.com
Attorneys For OU Medicine, Inc.

3

Stipulation Of Dismissal With Prejudice
*Crystal Marie Daniels v. The Board of Regents of OU, et al.*
Case No. cv-00625-R
Western District Of Oklahoma